**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  October 29, 2015
Courtroom Deputy:      Emily Buchanan
FTR Technician:        Kathy Terasaki

---

Civil Action No. 15-cv-01453-RPM                        Counsel:

CHARLES FURBER, as Personal                             David Koppa
Representative of the Estate of Christina
Furber,

      Plaintiff,

v.

SGT. SHELLY TAYLOR,                                     Gordon Vaughan
CITY OF PUEBLO, and                                     Sara Cook
CAPT. DON LEACH,                                        Anthony Melonakis

      Defendants.

---

## COURTROOM MINUTES

**MOTIONS HEARING**

**10:55 a.m.**   **Court in session.**

10:57 a.m.   Ms. Cook answers Court's questions and provides argument regarding City Defendants' Motion to Dismiss.

11:03 a.m.   Mr. Koppa responds and answers Court's questions regarding facts of the case.

11:11 a.m.   Mr. Vaughan provides argument regarding City Defendants' Motion for Sanctions Pursuant to Rule 11 and 28 U.S.C. § 1927.

11:13 a.m.   Mr. Koppa responds to Court's comments and rulings.

**ORDERED:**   City Defendants' Motion to Dismiss (Doc. No. 11) is **GRANTED**. A written order will be issued.

**ORDERED:**   City Defendants' Motion for Sanctions Pursuant to Rule 11 and 28 U.S.C. § 1927 (Doc. No. 12) is **DENIED**.

**ORDERED:**   Defendant Don Leach's Motion to Dismiss (Doc. No. 13) is **GRANTED**. A written order will be issued.

**11:14 a.m.**   **Court in recess.**

Hearing concluded.  Total time:   19 minutes.