IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01453-RPM

CHARLES FURBER as Personal Representative of the
Estate of Christina Furber, Deceased,

    Plaintiff,

v.

SGT. SHELLY TAYLOR,
CITY OF PUEBLO,
CAPT. DON LEACH,

    Defendants.

_____

## ORDER DENYING MOTION
_____

Upon consideration of the plaintiff's motion under Fed. R. Civ. P. 59(e) and the First Amended Complaint tendered with a Rule 15 motion [Doc. 23] together with the defendant's response, it is

ORDERED that the plaintiff's motions are denied. The plaintiff has not shown newly disclosed evidence and the allegations of the First Amended Complaint do not present a plausible basis for recovery.

DATED: January 11, 2016

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge